# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

Those Certain
Underwriters at
Lloyd's London, etc.              )

       Plaintiff (s),                 )

                    )

        v.                         )      Case No.  4:23-cv-00099 JMB

                    )

U-Drive Acceptance
Corporation, et al.               )

            ,                       )

       Defendant(s).                 )

## NOTICE OF INTENT TO USE
## PROCESS SERVER

                Plaintiff

Comes now _____ and notifies the court of the intent to use
       (Plaintiff or Defendant)

        Boone County Sheriff
_____
    (name  and address of process server)

        2121 County Drive
_____

        Columbia, MO 65202
_____

              Debra Sue Hammons
To serve: _____ in the
    (name of defendants to be served by this process server)

above-styled cause.  The process server listed above possesses the

requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

   04/27/2023                               Michael L. Young
_____          _____
     (date)                               (attorney for Plaintiff)


                           _____
                           (attorney for Defendant)