UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THOSE CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, SUBSCRIBING TO CERTIFICATE NO. SUAWSD50147-2001,<br><br>    Plaintiff,<br><br>vs.<br><br>U-DRIVE ACCEPTANCE CORPORATION, INC. and DEBRA SUE HAMMONS,<br><br>    Defendants. | Case No.: 4:23-cv-00099 |

## **DISCLOSURE STATEMENT**

Pursuant to Local Rule 2.09 and Federal Rule of Civil Procedure 7.1, Counsel of record for Plaintiffs, THOSE CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, SUBSCRIBING TO CERTIFICATE NO. SUAWSD50147-2001 (Syndicate MKL 3000 is otherwise referred to as Markel Capital Limited) ("Markel") hereby discloses the following:

1. If the subject is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene:

a. Whether it is publicly traded, and if it is, on which exchange(s):

Lloyd's Syndicate 3000 has one underwriting member, Markel Capital Limited, is a wholly owned subsidiary of Markel Capital Holdings Limited, which is a wholly owned subsidiary of Markel International Holdings Limited (England), which is a wholly owned subsidiary of Markel International Holdings (Delaware) Limited, which is a wholly owned subsidiary of Markel Corp, which is publicly listed on the New York Stock Exchange.

b. Its parent companies or corporations (if none, state "none"):

The parent company is Markel Corp., which is publicly listed on the New York Stock Exchange.

c. Its subsidiaries not wholly owned by the subject (if none, state "none"):

None

d.  Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock (if none, state "none"):

None

2.  If the subject is a party or intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the name and citizenship of every individual or entity whose citizenship is attributed to that party or intervenor, including all members, sub-members, general and limited partners, and corporations:

The managing agent for Lloyd's Syndicate 3000 (with authority to bind Syndicate 3000 into a contract or name it in proceedings) is Markel Syndicate Management Limited, a private limited liability company incorporated and registered in England and Wales.

By signing this form, counsel acknowledges that "if any required information changes," and/or "if any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a)," counsel will file a Disclosure Statement promptly, and no later than seven (7) days of the change or event. EDMO L.R. 2.09(C); *see also* Fed. R. Civ. P. 7.1(a)(2)(B) and 7.1(b)(2).

Respectfully submitted,

THOSE CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, SUBSCRIBING TO CERTIFICATE NO. SUAWSD50147-2001

By:     /s/Michael L. Young
      One of their attorneys

Michael L. Young
REICHARDT NOCE & YOUNG
12444 Powerscourt Drive
Suite 160
St. Louis, MO  63131
Tel:   (314) 789-1199
Fax:   (314) 754-9795
mly@reichardtnoce.com

and

Howard J. Fishman (admitted *pro hac vice*)
KARBAL, COHEN, ECONOMOU, SILK & DUNNE, LLC
200 South Wacker Drive, Suite 2550
Chicago, Illinois 60606
Tel:    (312) 431-3700
Fax:    (312) 431-3670
hfishman@karballaw.com

## Certificate of Service

  I hereby certify that a true copy of the foregoing Disclosure Statement was served (by mail, by hand delivery, or by electronic notice) on all parties on all counsel of record.

May 2, 2023


           /s/Michael L. Young
          Signature