UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THOSE CERTAIN UNDERWRITERS AT LLOYD'S LONDON, SUBSCRIBING TO CERTIFICATE NO. SUAWSD50147-2001,<br><br>Plaintiff,<br>v.<br><br>U-DRIVE ACCEPTANCE CORPORATION, INC., and DEBRA SUE HAMMONS,<br><br>Defendants. | Case No.: 4:23-cv-00099-JMB<br><br>JURY TRIAL DEMANDED |

## DISCLOSURE STATEMENT

Pursuant to Local Rule 2.09 and Federal Rule of Civil Procedure 7.1, Counsel of record for Defendant, U-DRIVE ACCEPTANCE CORPORATION, hereby discloses the following:

1. If the subject is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene,

a. Whether it is publicly traded, and if it is, on which exchange(s):

No.

b. Its parent companies or corporations (if none, state "none"):

None.

c. Its subsidiaries not wholly owned by the subject (if none, state "none"):

None.

d. Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock (if none, state "none"):

None.

2. If the subject is a party or intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the name and citizenship of every individual or entity whose citizenship is attributed to that party or intervenor, including all members, sub-members, general and limited partners, and corporations:

> Brian Berkenpas is a citizen of Iowa.
> Jeremy Bennett is a citizen of Iowa.

Note: Sub-members include the members of members (i.e. first-tier sub-members), and the members of first-tier sub-members (i.e. second-tier sub-members), the members of second-tier sub-members (i.e. third-tier sub-members), and so on, until the Court knows the citizenship of *all* persons and entities within the ownership structure. Further, if a corporation is a member or sub-member of the subject organization, that corporation's state of incorporation and principal place of business must be disclosed.

By signing this form, counsel acknowledges that "if any required information changes," and/or "if any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a)," counsel will file a Disclosure Statement promptly, and no later than seven (7) days of the change or event. EDMO L.R. 2.09(C); *see also* Fed. R. Civ. P. 7.1(a)(2)(B) and 7.1(b)(2).

Respectfully submitted,

U-DRIVE ACCEPTANCE CORPORATION, INC.

By: /s/ Beth C. Boggs
Beth C. Boggs, #43089MO
BOGGS, AVELLINO, LACH & BOGGS, L.L.C.
9326 Olive Blvd., Suite 200
St. Louis, MO 63132
(314) 726-2310 Telephone
(314) 726-2360 Facsimile
bboggs@balblawyers.com
**Attorneys for Defendant**

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a true and correct copy of the foregoing document was electronically filed with the Clerk of the United States District Court, Eastern District of Missouri, by using the Court's CM/ECF Electronic Filing System this 4th day of May, 2023, with an electronic copy to be served by operation of the Court's electronic filing system upon the following:

Michael L. Young
Reichardt Noce & Young LLC
12444 Powerscourt Drive, Suite 160
St. Louis, MO 63131
(314) 789-1199 Telephone
(314) 754-9795 Facsimile
mly@reichardtnoce.com

and

Howard J. Fishman
Karbal, Cohen, Economou, Silk & Dunne, LLC
200 South Wacker Drive, Suite 2550
Chicago, IL 60606
(312) 431-3700 Telephone
(312) 431-3670 Facsimile
hfishman@karballaw.com

Attorneys for Plaintiff            _/s/ Patricia A. Goerke_